# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     vs.<br><br>RAQUEL MENDIVIL (1),<br><br>               Defendant. | CASE NO. 12CR3376-JLS<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) as charged in the Indictment/Information:

21:952 AND 960 AND 18:2 - IMPORTATION OF METHAMPHETAMINE AND AIDING

AND ABETTING

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

     DATED:   September 11, 2012

                                                        DAVID H. BARTICK<br>
                                                        United States Magistrate Judge